UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ANTHONY K. ANDERSON, | Case No. 3:13-cv-00536-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, et al., | |
| Respondents. | |

This closed action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. By order filed October 22, 2013, the Court dismissed the petition with prejudice for failure to state a cognizable federal habeas corpus claim. (Dkt. no. 3.) Judgment was entered on October 23, 2013. (Dkt. no. 4.) Petitioner has filed a motion for the "return of the entire case file." (Dkt. no. 5.) Petitioner seeks the return of his "original files and all exhibits" that he submitted in this case. Petitioner asserts that due to poverty, he lacks the funds to pay for copies of the documents filed in this case. Good cause appearing, the Court construes petitioner's motion as a motion for copies, and grants the motion.

It is therefore ordered that petitioner's motion for the return of the case file (dkt. no. 5), construed as a motion for copies, is granted.

It is further ordered that the Clerk of Court shall send petitioner a copy of the petition and all attachments submitted by petitioner (dkt. no.1-1 through dkt. no. 1-4).

It is further ordered that petitioner shall file no further documents in this closed action.

DATED THIS 12th day of June 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE